**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Richard L Shellenberger, Jr.,<br><br>Debtor.<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br><br>Movant,<br><br>v.<br><br>Richard L Shellenberger, Jr.,<br><br>Debtor/Respondent,<br><br>KENNETH E. WEST,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 26-11955-pmm<br><br>Chapter 13<br><br>Hearing Date: December 2, 2026<br>Hearing Time: 1:00 P.M.<br>Hearing Location: 900 Market Street, Suite 400 Philadelphia, PA 19107<br>Courtroom Number #3 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF PENNSYLVANIA HOUSING FINANCE AGENCY TO PERMIT FORECLOSURE OF 2112 CHRISTIAN ST APT C, PHILADELPHIA, PENNSYLVANIA 19146**

AND NOW, Pennsylvania Housing Finance Agency (“Movant” or “Secured Creditor”), by and through their undersigned counsel, hereby moves this Court pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code for a modification of the automatic stay provisions of the Code for cause, and in support thereof avers as follows:

1. Richard L. Shellenberger, Jr. (“Debtor”) filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code (“Code”) on May 4, 2026.
2. Jurisdiction is proper pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On April 27, 2021, Richard L Shellenberger executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $130,000.00 in favor of Guaranteed Rate, Inc., A Delaware Corporation. A true and correct copy of the Note is attached hereto as Exhibit "A".
4. The Mortgage was recorded June 2, 2021, at Document No. 53841353 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".
5. The Mortgage was secured as a lien against the real property located at 2112 Christian St Apt C, Philadelphia, Pennsylvania 19146, (the "Property").
6. The loan was last assigned to Pennsylvania Housing Finance Agency, and the relevant assignment of mortgage was recorded with the Philadelphia County Recorder of Deeds on July 28, 2021, at Document No. 53862435. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".
7. Movant is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.
8. Based upon Debtor's First Amended Chapter 13 Plan (ECF No. 25), the Trustee intends to cure Movant's pre-petition arrearages within the Chapter 13 Plan, and during that time Debtor is responsible for maintaining post-petition payments directly to Movant. A true and correct copy of the First Amended Chapter 13 Plan is attached hereto as Exhibit "D."
9. Debtor has failed to make the monthly payments of principal, interest, and escrow in the amount of $723.20, which came due on June 1, 2026, through October 1, 2026. See Exhibit

"E".

10. It follows that Debtor's post-petition arrearage totals $3,616.00 through October 2026.

11. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the cure period alleged above.

12. In addition, as this Motion for Relief is timely filed, if applicable, Debtor shall be responsible for related legal fees and costs in prosecution of this action. *see* Exhibit "E".

13. As of October 14, 2026, the unpaid principal balance due under the loan documents is $120,224.27. Movant's total claim amount, as itemized below, is $142,187.78. See Exhibit "F".

| | |
|---|---|
| **Principal** | $120,224.27 |
| **Interest from 07-01-24 to 10-30-26** | $6,651.24 |
| **Escrow Advances** | $4,748.32 |
| **Late Charges** | $530.46 |
| **Corporate Advance Balance** | $9,451.74 |
| **Recording Fees** | $231.75 |
| **NSF Charges** | $350.00 |
| **Total Payoff** | $142,187.78 |

14. Debtor's schedules list the value of the Property as $160,720.00. A true and accurate copy of Schedule A/B is attached hereto as Exhibit "G".

15. Under Section 362(d)(1), the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property.

16. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where the debtor has no assets or equity in the mortgaged property.

17. As set forth herein, Debtor in this case defaulted on the instant secured obligation by failing

to tender monthly post-petition installment payments when they became due.

18. Movant further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

19. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

20. Further, once the automatic stay is terminated, Debtor will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Pennsylvania Housing Finance Agency to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date:11/12/2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: *<u>/s/ James P. Shay</u>*
James P. Shay, Esquire

Pennsylvania Bar Number 320579
Email: jshay@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>Richard L Shellenberger, Jr.,<br><br>Debtor(s) | CHAPTER: 13<br><br>CASE NO. 26-11955-pmm |

## DECLARATION OF INDEBTEDNESS

Property Address:
2112 Christian St Apt C, Philadelphia, Pennsylvania 19146

Mortgage Servicer:
PENNSYLVANIA HOUSING FINANCE AGENCY

Post-petition mailing address for Debtor(s) to send payment:
Pennsylvania Housing Finance Agency
211 North Front St
Harrisburg, Pennsylvania 17101-000

Mortgagor(s)/Debtor(s):
Richard L Shellenberger, Jr. (Debtor)

Payments are contractually due:

☒ Monthly ☐ Semi-monthly ☐ Bi-weekly ☐ Other

Each Monthly Payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest..... | $505.25 | |
| R.E. Taxes...................... | $217.95 | |
| Insurance........................ | $0.00 | |
| Late Charge.................... | $0.00 | |
| Other.............................. | $0.00 | (Specify: N/A) |
| **TOTAL**......................... | $723.20 | |

**POST-PETITION PAYMENTS** (Petition was filed on May 4, 2026)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 06/01/2026 DUE | $0.00 | $723.20 | - | - | N/A |
| 07/01/2026 DUE | $0.00 | $723.20 | - | - | N/A |
| 08/01/2026 DUE | $0.00 | $723.20 | - | - | N/A |
| 09/01/2026 DUE | $0.00 | $723.20 | - | - | N/A |
| 10/01/2026 DUE | $0.00 | $723.20 | - | - | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (5) as of October 14, 2026.

TOTAL AMOUNT OF POST-PETITION ARREARS: $3,616.00 as of October 14, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: 11/5/26

Mortgage Company
PENNSYLVANIA HOUSING FINANCE AGENCY

Richelle Zimmerman SR DEFAULT manager
(Print Name and Title)

HARRISBURG [signature]
Location Signature

26-11955-pmm
RAS#419936
MFR